# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In Re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **TRISM, INC.** | ) | **Case No.** _____ |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| U.S. Bank Trust – Bonds<br>P.O. Box 70870<br>St. Paul, MN  55170-9705 | Rick Prokosch<br>(651) 244-0721<br>(651) 244-0711 | | | $34,975,134.32 |
| Goodyear Tire & Rubber<br>1144 Est Market Street<br>Akron, OH  44316 | Tom Rhoades<br>330-796-5056 | | | $410,527.96 |
| Bridgestone<br>1st National Bank of Chicago<br>525 W. Monroe - Lockbox<br>#73418, 7th Floor Mailroom<br>Chicago, IL  60673 | Dan Brown<br>800-347-5904 | | | $218,447.62 |

KC01 562104.01

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Qualcomm, Inc. Bank of America Ground Floor Lockbox 54210 1000 West Temple Los Angeles, CA 90012 | Ben Fochs QWBS Finance Dept 858-651-0331 Voice 858-658-1578 Fax | | | $186,434.43 |
| AT&T c/o Bancone 2445 West Dunlap, Ste. 100 Phoenix, AZ 85021 | Jolyn 877-800-7190 Ext. 5387 | | | $169,784.74 |
| Corporate Claims Management 782 Spirit 40 Park Chesterfield, MO 63005 | 636-519-0330 | | | $160,091.06 |
| Hampton Carter DBA Carter Escort Service 4142 Pittman Drive Jacksonville, FL 32207 | Hampton Carter 904-733-8470 | | | $140,632.75 |
| Katy's Cartage 3204 Shirley Milford, MI 48380 | Jeff 800-691-9965 | | | $132,115.00 |
| The Permit Co (TPC) 2540 Corporate Place Suite B-100 Monterey Park, CA 91754 | 213-475-1616 | | | $119,187.46 |
| Fluor Corporation and Their Attorneys, Hill Riukins & Hayden LLP 90 West Street New York, NY 10006 | | | | $112,075.00 |
| Deutsche Banc Alex Brown 130 Liberty Street, 33rd Flr Attn: Kerry Quinn New York, NY 10006 | | | | $103,750.00 |

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Newmont Mining Corporation<br>1700 Lincoln Street<br>Denver, CO  80203 | Don Burkett | | | $99,000.00 |
| Prepass<br>40 N. Central Avenue Suite 2200<br>Phoenix, AZ  85004 | Colleen Fieldler | | | $98,026.25 |
| Esis Inc<br>P.O. Box 152039<br>Irving, TX  75015-2039 | | | | $93,071.91 |
| Bandag, Inc.<br>2905 North Highway 61<br>Muscatine, IA  52761 | Lynn Fink<br>800-523-6366 | | | $92,978.78 |
| Comdata/Petro Lockbox<br>Petro Stopping Centers LP<br>Dept. 0663<br>P.O. box 120001<br>Dallas, TX  75312-0663 | Ron Cagle<br>800-226-3866 x 4588 | | | $91,060.68 |
| AV Technologies<br>c/o The Chalos Law Firm<br>Americana House<br>10 Audrey Ave.<br>Oyster Bay, NY  11771 | | | | $78,346.53 |
| IBM Corporation<br>4111 Northside Parkway<br>Atlanta, GA  30301 | Carol Clark | | | $70,781.86 |
| Go Transport Inc.<br>2060 West 21st Street<br>Jacksonville, FL  32209 | Frank<br>800-766-4008 | | | $70,618.00 |
| GST Corporation<br>Attn: Becky Rouse<br>1257 Kemper Meadow Drive, Ste. 100<br>Cincinnati, OH  45240 | Becky Rouse<br>901-541-3535 | | | $68,177.90 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ralph S. Nelson, President and Chief Executive Officer of Trism, Inc., named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date: December 18, 2001

                                          Signature: /s/ Ralph S. Nelson
                                                     Ralph S. Nelson
                                                     President and Chief Executive Officer