# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | ) |
| Trism, Inc., | ) EX PARTE Case No. 01-31323 |
| | )      (Chapter 11)) |

### MOTION FOR ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
### 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

BANK OF AMERICA on behalf of NATIONSCREDIT COMMERCIAL CORP

(the "Claimant") a claimant in the captioned case respectfully requests as follows:

1.  Claimant was a creditor of the Debtor and was due to receive and the trustee did,

in fact, make a distribution from the estate to the Claimant in the amount of approximately $934.24.

The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to

11 U.S.C. § 347.

2.  Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the

Claimant requests that the Court issue an order directing payment to the Claimant and that payment

be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment

of all funds held by the Court for the Claimant in this case and for such further and other relief as is

just and appropriate.

BANK OF AMERICA on behalf of
NATIONSCREDIT COMMERCIAL CORP
(Fed. I. D. ██████7665)

By: /s/Nancy C. McMillan

American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Karen Hartford Polk, Assistant Vice President of Bank of America Corporation
("Bank of America")**, acting on behalf of Bank of America hereby appoint Nancy
C. McMillan **of American Property Locators, Inc.,** in the person of one of its
principal officers, as Bank of America's lawful attorney-in-fact to seek
recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**BANK OF AMERICA COMMERCIAL FIN, CORP FKA NATIONSCREDIT COMMERCIAL CORP in the
amount of $934.24**

held by the United States, by a state, or by an agency or instrumentality of
either, hereby revoking all previous powers of attorney in this regard to
whomever granted.

Bank of America further grants the attorney authority to do whatever is
necessary and proper to recover the aforementioned unclaimed funds only, as
fully as it might or could do if acting through its own officers or agents,
hereby confirming all that the attorney shall lawfully do or cause to be done.
Nevertheless, the attorney shall have no authority to incur any financial
obligation or to make any expenditure on behalf of Bank of America, other than
an expenditure payable from any sums recovered by virtue of the attorney's
actions.

In construing this instrument where the context so requires, the singular
includes the plural. This Power of Attorney shall expire 180 days from the date
hereof or upon collection of the aforementioned unclaimed funds, if earlier,
unless otherwise extended by an amendment which is attached hereto.

Signed this __1__ day of __March__ , 2010.

**Bank of America Corporation**

_Karen Hartford Polk_
Karen Hartford Polk
**Assistant Vice President**

**BANK OF AMERICA COMMERCIAL FIN, CORP FKA        Federal Taxpayer ID ▉▉▉7665
NATIONSCREDIT COMMERCIAL CORP**

State of __North Carolina__ County of __Mecklenburg__ Date: __March 1__ , 2010.

The above-named __Karen Hartford Polk__ , known to me to
be the individual described in [and holding the position
designated in] the foregoing instrument, appeared before me and
acknowledged the execution thereof to be his/her free act and
deed.

Before me: _[signature]_
Notary Public

(Notary Seal)

My commission expires: __3/28/2014__

KRISTEN A. YAROMA
Notary
Public
MECKLENBURG CO. NC

**Bank of America**

Karen Hartford Polk
Assistant Vice President
Recovery Solutions
Recovery Officer

Tel: 704.387.5985 · Fax: 704.388.2475
karen.a.hartford@bankofamerica.com

Bank of America, NC1-023-15-01
525 North Tryon Street, Charlotte, NC 28255

*SEC Info*    Home    Search    My Interests    Help    Sign In    *Please Sign In*

# Bank of America Corp/DE · 10-K · For 12/31/93 · EX-21

### Filed On 3/30/94 · SEC File 1-06523 · Accession Number 950168-94-99

[Find] [                    ] in [this entire Filing.  ▼] Show [Docs searched ▼] and [every "hit".  ▼]

Help...   *Wildcards:* **?** (any letter), ***** (many). *Logic:* for Docs: **&** (and), **|** (or); for Text: **|** (anywhere), **"(&)"** (near).

| As Of | Filer | Filing | As/For/On | Docs:Pgs | Issuer |
|-------|-------|--------|-----------|----------|--------|
| 3/30/94 | Bank of America Corp/DE | 10-K | 12/31/93 | 15:516 | |

---

### Annual Report · Form 10-K
### Filing Table of Contents

| Document/Exhibit | | Description | Pages | Size |
|------------------|---|-------------|-------|------|
| 1: | 10-K | Annual Report | 19 | 91K |
| 2: | EX-10 | Exhibit 10(D) | 158± | 439K |
| 3: | EX-10 | Exhibit 10(E) | 21± | 64K |
| 4: | EX-10 | Exhibit 10(F) | 27± | 78K |
| 5: | EX-10 | Exhibit 10(G) | 16± | 52K |
| 6: | EX-10 | Exhibit 10(H) | 6± | 25K |
| 7: | EX-10 | Exhibit 10(I) | 2± | 13K |
| 8: | EX-10 | Exhibit 10(N) | 145± | 400K |
| 9: | EX-10 | Exhibit 10(T) | 9± | 38K |
| 10: | EX-11 | Statement re: Computation of Earnings Per Share | 2± | 13K |
| 11: | EX-13 | Annual or Quarterly Report to Security Holders | 97± | 342K |
| **12:** | **EX-21** | **Subsidiaries of the Registrant** | **10±** | **32K** |
| 13: | EX-23 | Consent of Experts or Counsel | 1 | 10K |
| 14: | EX-24 | Exhibit 24.1 | 2 | 11K |
| 15: | EX-24 | Exhibit 24.2 | 1 | 12K |

---

### EX-21 · Subsidiaries of the Registrant

---

Carolina Mountain Holding Company
Cash Flow, Inc.
C&S Premises, Inc.
CSC Associates, L.P. (2A)
DC Bancorp Venture Capital Company (2B)
First Mortgage Corporation
Nations Financial Holdings Corporation
Nations Financial Capital Corporation (2C)
American Acceptance Corporation (2D)
Central Texas Small Business Investment Company (2D)
DCS Holdings, Inc.  (2D)
Portfolio Acceptance Corp. (2D)
Canterbury Indiana Holdings, Inc. (2E)
Saturn Financial Services, Inc. (2D)
USW SIS I, Inc. (2D)
USWFS/Oxford 1991-A Limited Partnership (2F)
USWFS/Oxford 1991-B Limited Partnership (2F)
USWFS/Oxford 1992-A Limited Partnership (2G)
USWFS/Oxford Fixed Rate, L.P. (2F)
NationsCredit Corporation (2C)
NationsCredit Acceptance Corporation (6)
NationsCredit Commercial Corporation (6)
Ariens Credit Corporation (6A)
Fisher Credit Services Inc. (6A)
Gravely Credit Corporation (6A)
Komatsu Forklift Credit Corporation (6A)
Korg Acceptance Corporation (6A)
Music America Finance Corporation (6A)
NationsCredit Commercial Corporation Ltd. (6A)
Roth Financial Services Company (6A)
Sea Ray Credit Corporation (6A)
Trek Financial Services, Inc. (6A)
Winnebago Acceptance Corporation (6A)
NationsCredit Consumer Discount Company (6)
NationsCredit Financial Acceptance Corporation (6)
NationsCredit Financial Services Corporation (6)
NationsCredit Financial Services Corporation of Alabama (6)
NationsCredit Financial Services Corporation of  America (6)
NationsCredit Financial Services Corporation of Florida (6)
NationsCredit Mortgage Corporation of Florida (6B)
NationsCredit Financial Services Corporation of Nevada (6)
NationsCredit Financial Services Corporation of Virginia (6)
NationsCredit Home Equity Corporation of Kentucky (6)
NationsCredit Home Equity Corporation of Virginia (6)
NationsCredit Insurance Agency, Inc. (6)
NationsCredit PrivateBrands Acceptance Corporation (6)
NationsBanc Business Credit, Inc.
NationsBanc Capital Markets, Inc.
NationsBanc Insurance Agency, Inc.
NationsBanc Insurance Company, Inc.
NationsBanc Insurance Inc.
NationsBanc Insurance Services, Inc.
NationsBanc Investment Corporation
NationsBanc Leasing Corporation
McCormick Realty Limited Partnership (2H)
NationsBanc Leasing & Finance Corporation
NationsBanc Mortgage Corporation of Georgia
NationsBank of D.C., N.A.
D.C. Bancorp Investment Company (2I)
Federal Properties I, Inc. (2I)
NationsBank of Delaware, N.A.
NationsBank of Florida, N.A.
First Land Sales, Inc. (2J)

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on **April 10, 2010** I have mailed a true and correct copy of the foregoing MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Todd P. Graves
Charles E. Whittaker Courthouse
400 E. 9th Street
Kansas City, MO 64106

Frank W. Lipsman
Morton Hubbard Ruzicka & Kreamer
PO Box 550
Olathe, KS 66051

<u>/s/Nancy C. McMillan</u>